IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EXTRUSION DIES INDUSTRIES, LLC,

                    Plaintiff,

      v.

BIELLONI CASTELLO S.P.A.,

                    Defendant.

ORDER

3:07-cv-583-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In response to an order entered on December 10, 2007, plaintiff Extrusion Dies Industries, LLC has supplied competent evidence establishing the citizenship of each of its partners and the citizenship and principal place of business of defendant Bielloni Castello S.P.A. Therefore, I am satisfied that this court has jurisdiction to hear this case under the diversity statute, 28 U.S.C. § 1332.

      Entered this 27th day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1