IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EXTRUSION DIES
INDUSTRIES, LLC.,

                                                   ORDER

                    Plaintiff,

                                            07-cv-583-bbc

     v.

BIELLONI CASTELLO S.P.A.,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Wausau Business Insurance Company moved to intervene in this civil action on May 23, 2008. Defendant has not opposed the motion within the time set for doing so. Accordingly, IT IS ORDERED that intervening defendant Wausau Business Insurance Company's motion to intervene is GRANTED.

      Entered this 11th day of June, 2008.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge