IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EXTRUSION DIES INDUSTRIES, LLC.

    Plaintiff,

vs.

BIELLONI CASTELLO S.P.A.         Case No: 07-C-0583 C

    Defendant.

and

WAUSAU BUSINESS INSURANCE
COMPANY,

    Intervening Defendant.

## WAUSAU BUSINESS INSURANCE COMPANY'S
## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure, Wausau Business Insurance Company ("Wausau"), through its undersigned counsel, hereby voluntarily dismisses its complaint for Summary/Declaratory Judgment and said complaint may and shall be dismissed with prejudice and without costs to any party. No party has filed a summary judgment motion against Wausau. Further, no responsive pleadings to Wausau's motion have been filed.

*Approved*
*Barbara B. Crabb*
*July 10, 2008*

16435032v1 889033

Dated: July 7, 2008.

/s/ Thomas R. Schrimpf
Thomas R. Schrimpf
State Bar No: 1018230
Attorneys for Intervening Defendant
Wausau Business Insurance Company
Hinshaw & Culbertson LLP
100 E. Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202
Telephone: 414-276-6464
Fax: 414-276-9220
E-mail: tschrimpf@hinshawlaw.com

16435032v1 889033